UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

　-v-

DAKOTAH CAMPBELL,
　　a/k/a "Babyjet,"

　　　　　　　Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

24 Cr. 68 ( )

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Ni Qian, Christy Slavik, Courtney Heavey;

It is found that the Indictment in the above-captioned action, 24 Cr. 68, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore

ORDERED that the Indictment, 24 Cr. 68, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:　　New York, New York
　　　　　February 12, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　THE HONORABLE VALERIE FIGUEREDO
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE