# LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 • FAX (888) 679-0585 • DAN@LEGALMCG.COM

June 20, 2024

<u>VIA ECF</u>

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley St
New York, NY 10007

Re:   <u>United States v. Dakotah Campbell</u>, 24-cr-68(JPO)

Dear Judge Oetken:

I represent Dakotah Campbell in the above-captioned matter. As part of Mr. Campbell's release conditions, he is subject to home incarceration with location monitoring. I write to request a one-time modification to Mr. Campbell's release conditions in order for him to attend funeral services for his recently deceased aunt. Specifically, I request that he be permitted to leave his home on Monday June 24, 2024 at 12:30pm to travel directly to Benta's Funeral Home, 630 St. Nicholas Ave, NY, NY travel to attend the services for his Aunt, and to return directly home from the services to his home by 11:15pm. This is the first such request. Pretrial and the Government consent to this request.

I thank the Court in advance for its consideration of this matter.

Sincerely,

Daniel A. McGuinness

Granted.
So ordered.
6/21/2024

_____
J. PAUL OETKEN
United States District Judge