

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 16, 2024

**BY EMAIL AND ECF**
The Honorable J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *United States v. Dakotah Campbell*, S2 24 Cr. 68 (JPO)

Dear Judge Oetken:

  The parties write jointly to respectfully request a 60-day adjournment of the status conference scheduled for September 18, 2024 at 3:00 p.m. The parties are discussing pre-trial disposition and respectfully request additional time to further those conversations.

  The Government respectfully requests, on consent, that the time from September 18, 2024 until the next scheduled conference be excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interests of justice. The exclusion of time will allow the parties to continue discussing possible pre-trial resolutions.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: __/s/ Christy Slavik_____
  Courtney L. Heavey
  Ni Qian
  Christy Slavik
  Assistant United States Attorneys
  (212) 637-2413 / -2364 / -1113

---

Granted. The September 18, 2024 pretrial conference is adjourned to November 21, 2024 at 3:00 pm. The Court hereby excludes time through November 21, 2024, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.
So ordered:
9/17/2024

*[Signature]*
J. PAUL OETKEN
United States District Judge

2023.11.18