# LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 · FAX (888) 679-0585 · DAN@LEGALMCG.COM

October 31, 2024

<u>VIA ECF</u>

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley St
New York, NY 10007

    Re:   <u>United States v. Dakotah Campbell</u>, 24-cr-68(JPO)

Dear Judge Oetken:

    I represent Dakotah Campbell in the above-captioned matter. As part of Mr. Campbell's release conditions, he is subject to home incarceration with location monitoring. I write to request a one-time modification to Mr. Campbell's release conditions. Specifically, Mr. Campbell requests permission to attend the funeral of his cousin Yvonne Campbell at Bentas Funeral Home, 630 St. Nicholas Ave, NY, NY on November 1, 2024 from 2:00pm to 4:45pm. The funeral home is a little over two hours from his home. As such, I am requesting that he be permitted to travel from his home from 11:30am to 7:15pm directly to and from his home and the funeral home. Pretrial and the government consent to this request.

    I thank the Court in advance for its consideration of this matter.

Sincerely,

Daniel A. McGuinness

Granted.
So ordered:
10/31/2024

_____
J. PAUL OETKEN
United States District Judge