

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 22, 2025

**BY EMAIL AND ECF**
The Honorable J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *United States v. Dakotah Campbell*, S2 24 Cr. 68 (JPO)

Dear Judge Oetken:

The parties write jointly to respectfully request a 60-day adjournment of the status conference scheduled for January 23, 2025 at 12:00 p.m. The parties are discussing pre-trial disposition and respectfully request additional time to further those conversations.

The Government respectfully requests, on consent, that the time from January 23, 2025 until the next scheduled conference be excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interests of justice. The exclusion of time will allow the parties to continue discussing possible pre-trial resolutions.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    __/s/ Ni Qian_____
Courtney L. Heavey
Ni Qian
Christy Slavik
Assistant United States Attorneys
(212) 637-2413 / -2364 / -1113

> Granted. The January 23, 2025 pretrial conference is adjourned to March 25, 2025 at 2:30 pm. The Court hereby excludes time through March 25, 2025, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered:
> 1/22/2025
>
> J. PAUL OETKEN
> United States District Judge

2023.11.18