# LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 • FAX (888) 679-0585 • DAN@LEGALMCG.COM

May 8, 2025

**VIA ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley St
New York, NY 10007

    Re:    *United States v. Dakotah Campbell*, 24-cr-68(JPO)

Dear Judge Oetken:

    I represent Dakotah Campbell in the above-captioned matter. As part of Mr. Campbell's release conditions, he is subject to home incarceration with location monitoring. I write to request a one-time modification to Mr. Campbell's release conditions. Specifically, Mr. Campbell requests permission to attend the funeral services of family friend Khalif Elijah King Harris at the Manhattan Funeral Service from 300 East 104th Street in New York, NY from 1:00pm to 5:00pm on Saturday May 10, 2025. The funeral home is approximately two hours from his home. As such, I am requesting that he be permitted to travel from his home from 11:00 am to 7:00pm directly to and from his home and the funeral home. Pretrial and the government consent to this request.

    I thank the Court in advance for its consideration of this matter.

Granted.
So ordered.
 5/8/2025

Sincerely,

Daniel A. McGuinness

_____
J. PAUL OETKEN
United States District Judge