# LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 • FAX (888) 679-0585 • DAN@LEGALMCG.COM

November 7, 2025

<u>VIA ECF</u>

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley St
New York, NY 10007

    Re:   <u>United States v. Dakotah Campbell</u>, 24-cr-68(JPO)

Dear Judge Oetken:

    I represent Dakotah Campbell in the above-captioned matter. As part of Mr. Campbell's release conditions, he is subject to home incarceration with location monitoring. I write to request a one-time modification to Mr. Campbell's release conditions. Specifically, Mr. Campbell requests permission to attend his sister's baby shower on November 7, 2025 from 7pm to 12am with sufficient time to travel directly to and from the location in the Bronx that is known to Pretrial and the government. Pretrial and the government do not object to this request.

    I thank the Court in advance for its consideration of this matter.

                             Sincerely,

                             Daniel A. McGuinness

> Granted
> So ordered.
> 11/6/2025

J. PAUL OETKEN
United States District Judge