# LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 · FAX (888) 679-0585 · DAN@LEGALMCG.COM

November 24, 2025

<u>VIA ECF</u>

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley St
New York, NY 10007

    Re:    *United States v. Dakotah Campbell*, 24-cr-68(JPO)

Dear Judge Oetken:

    I represent Dakotah Campbell in the above-captioned matter. I am writing to request a modification to Mr. Campbell's release conditions from home incarceration to home detention with permission to attend all medical appointments for his pregnant girlfriend. The Government has indicated that it will defer to Pretrial. Pretrial consents to this request.

    Mr. Campbell has been on home incarceration since his release on March 21, 2024. During that time, he has been in complete compliance with Pretrial requirements. He seeks this modification to permit him to apply for jobs to support his family, to attend educational classes, and to attend medical appointments for his pregnant girlfriend who is scheduled to give birth in December. This modification will permit Mr. Campbell to provide for his family and support his partner during her pregnancy.

    I thank the Court in advance for its consideration of this matter.

Granted.
The bail condition of home detention is hereby terminated and replaced with the condition of home confinement with permission to attend medical appointments with his girlfriend during her pregnancy.
 So ordered:
 11/25/2025

Sincerely,

Daniel A. McGuinness

J. PAUL OETKEN
United States District Judge